# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 13, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

158795(76)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

HEMUBEN PATEL, Personal Representative
of the ESTATE OF HARISHKUMAR PATEL,
            Plaintiff-Appellee,

v

SC: 158795
COA: 337851
Berrien CC: 12-000336-NP

REINALT-THOMAS CORPORATION,
doing business as DISCOUNT TIRE
COMPANY,
            Defendant,
and

GOODYEAR TIRE & RUBBER COMPANY,
            Defendant-Appellant.
_____/

On order of the Chief Justice, the motion of defendant-appellant to file a reply in excess of the page limitation is GRANTED. The 18-page reply submitted on March 8, 2019, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

_____March 13, 2019_____
                                                        Clerk